No. 742. MARYLAND ET AL. *v.* WIRTZ, SECRETARY OF LABOR, ET AL. Appeal from D. C. Md. (Probable jurisdiction noted, 389 U. S. 1031.) Motion of State of Maryland et al. for additional time for oral argument and for permission for three attorneys to participate in argument denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Francis B. Burch,* Attorney General of Maryland, and *Alan M. Wilner,* Assistant Attorney General, on the motion.

No. 802. PEYTON, PENITENTIARY SUPERINTENDENT *v.* ROWE ET AL. C. A. 4th Cir. (Certiorari granted, 389 U. S. 1035.) Motion of State of California for leave to participate in oral argument, as *amicus curiae,* denied. *Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien, Derald E. Granberg* and *Clifford K. Thompson,* Deputy Attorneys General, on the motion.

No. 1058. FAIRLEY ET AL. *v.* PATTERSON ET AL.; and
No. 1059. BUNTON ET AL. *v.* PATTERSON ET AL. Appeals from D. C. S. D. Miss. The Solicitor General is invited to file a brief expressing the views of the United States including the question of the jurisdiction of the three-judge court.

No. 1164, Misc. GERBERDING *v.* TAHASH, WARDEN; and
No. 1165, Misc. HENDERSON *v.* KOLOSKI, CORRECTIONAL SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1159, Misc. CROWDER *v.* SMITH, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.